# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**YAHOO! INC.,**

               **Plaintiff,**

**-vs-**                                                                             Case No. 6:08-cv-1259-Orl-18KRS

**TRAVELCOMM INDUSTRIES, INC.,**
d/b/a Travelcomm, Inc., d/b/a Telecom
Industries, Inc., d/b/a Travelcom, Inc., d/b/a
I.R.R., Inc., d/b/a Cancunbestfares.com,
d/b/a Vacations Inc.,
**ISLAND REEF RESORTS,** d/b/a Island
Reefs Resort, Inc.,
**RIGOBERTO SOTOLONGO,**
**PETER SOTOLONGO,** a/k/a Pedro
Sotolongo,
**DANIEL MARSHALL,**
**MURAD ALI PLASTICWALA,**

               **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFF YAHOO! INC.'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR SERVING WRITTEN DISCOVERY AND THE DEADLINE FOR COMPLETION OF DISCOVERY (Doc. No. 37)**
>
> **FILED:**    November 25, 2009
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED in part.**

On November 10, 2008, the Court entered a Case Management and Scheduling Order establishing December 31, 2009 as the date for completion of discovery and March 1, 2010 as the date for filing dispositive motions. It also required written discovery requests to be served so that a timely response would be due before the discovery deadline. Doc. No. 21. Plaintiff Yahoo! Inc. now asks that the Court extend the time for serving written discovery requests through December 30, 2009, and the date for completion of discovery to February 1, 2010. Doc. No. 37. Defendants do not object to the requested enlargement of time.

An amended complaint adding Murad Ali Plasticwala as a Defendant was filed with leave of Court on October 13, 2009. Doc. No. 34. Plaintiff Yahoo! Inc. represents that it has recently learned information from Defendant Plasticwala that requires it to continue to take discovery through February 1, 2010. This is sufficient in the absence of objection to establish good cause to continue the deadlines as requested. In order to resolve discovery disputes that may be ripe for consideration by the Court before the current discovery deadline, however, the date for filing motions related to discovery requests and responses to subpoenas served or due on or before December 15, 2009, and depositions taken on or before December 15, 2009, will not be extended.

Therefore, it is **ORDERED** as follows:

1. The discovery deadline is extended to February 1, 2010;

2. Written discovery requests and subpoenas duces tecum to non-parties shall be served on or before December 30, 2009;

3. Discovery motions, including motions to compel, for protective orders and for sanctions, related to responses to written discovery requests and subpoenas duces

tecum due or served on or before December 15, 2009, and depositions taken on or before December 15, 2009, shall be filed on or before December 31, 2009;

4. The parties shall not rely on this enlargement of time, or the pendency of unresolved discovery disputes, as a basis to seek an enlargement of any other deadlines in this case, including the date for filing motions to add parties or amend the pleadings.

**DONE** and **ORDERED** in Orlando, Florida on December 1, 2009.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties