UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

YAHOO! INC. a Delaware corporation,

    Plaintiff,                Case No.6:08-CV-1259-ORL-18KRS

                                                      JURY TRIAL
                                                      DEMANDED

v.

TRAVELCOMM INDUSTRIES, INC.
D/B/A TRAVELCOMM, INC.
TRAVELCOM, INC., TELECOM
INDUSTRIES, INC.
CANCUNBESTFARES.COM,
VACATIONS INC., I.R.R., INC.;
ISLAND REEF RESORTS D/B/A
ISLAND REEF RESORTS, INC.;
RIGOBERTO SOTOLONGO; PETER
SOTOLONGO A/K/A PEDRO
SOTOLONGO; DANIEL MARSHALL;
JOE FONTINA; AND JOHN/JANE
DOES 1-25,

    Defendants,
_____/

## ANSWER TO FIRST AMENDED COMPLAINT

**COME NOW** Defendants, TRAVELCOMM INDUSTRIES, INC., ISLAND REEF RESORTS, INC., RIGOBERTO SOTOLONGO, PETER SOTOLONGO, and DANIEL MARSHALL, by and through the undersigned counsel, and hereby answer the Plaintiff's *First Amended Complaint* as follows:

1. Admits that this purports to be an action for the causes of action alleged in this averment. The remainder of this averment is denied.

2. Admitted.

3. Admitted that Travelcomm Industries, Inc. is a Florida corporation with its principal place of business being in Orange County, Florida. The remainder of this averment is denied.

4. Admitted that Island Reef Resorts, Inc. is a Florida corporation with its principal place of business being at the address alleged in this averment. The remainder of this averment is denied.

5. Admitted.

6. Admitted that Peter Sotolongo is an individual residing in Orange County, Florida.

7. Admitted that Daniel Marshall is an individual residing in Orange County, Florida, and a principal of Island Reef Resorts, Inc.

8. Without information and therefore denied.

9. Denied. Admitted that Rigoberto Sotolongo is the principal of Travelcomm Industries, Inc. and that Peter Sotolongo and Daniel Marshall are its managers.

## JURISDICTION AND VENUE

10. Admitted.

11. Admitted that this court has in personam jurisdiction over Rigoberto Sotolongo, Peter Sotolongo and Daniel Marshall. Denied that they caused the injuries alleged by the Plaintiff herein.

12. Admitted.

## YAHOO!'S BUSINESS AND SERVICES

13. Without information and therefore denied.

14. Without information and therefore denied.

15. Without information and therefore denied.

16. Without information and therefore denied.

17. Without information and therefore denied.

18. Without information and therefore denied.

19. Without information and therefore denied.

20. Without information and therefore denied.

21. Without information and therefore denied.

22. Without information and therefore denied.

## DEFENDANTS' WRONGFUL CONDUCT

23. Admitted that Travelcomm Industries, Inc. offers travel packages to Cancun. The remainder of this averment is denied.

24. Denied.

25. Without information and therefore denied.

26. Without information and therefore denied.

27. Without information and therefore denied.

28. Without information and therefore denied.

29. Without information and therefore denied.

30. Without information and therefore denied.

31. Denied.

32. Denied.

33. Without information and therefore denied.

34. Denied that Travelcomm Industries, Inc. has been responsible for any alleged bad acts as is insinuated by this averment.

35. Denied that Travelcomm Industries, Inc. has been responsible for any alleged bad acts as is insinuated by this averment.

36. Without information and therefore denied.

37. Admitted that Plaintiff's counsel sent a cease and desist letter to Travelcomm Industries, Inc.'s registered agent. Denied that its conclusions are accurate.

38. Admitted that Plaintiff's counsel sent a second cease and desist letter to Travelcomm Industries, Inc.'s registered agent. Denied that its conclusions are accurate.

39. Admitted.

40. Admitted that the letter was sent to Travelcomm Industries, Inc.'s registered agent. Denied that its conclusions are accurate.

41. Without information and therefore denied.

42. Without information and therefore denied.

43. Denied that the Defendants answering herein used the YAHOO! name and mark. Without information and therefore denied as to the remainder of this averment.

44. Denied.

45. Denied.

46. Denied.

### COUNT ONE
### Federal Trademark Counterfeiting and Infringement
### (15 USC §1114)

47. Defendants readopt and reallege their responses to averments 1 through 46 herein.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

52. Denied.

## COUNT TWO
### Federal False Designation of origin, Unfair Competition and Passing Off
### (15 USC §1125(a))

53. Defendants readopt and reallege their responses to averments 1 through 52 herein.

54. Without information and therefore denied.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

59. Denied.

60. Denied.

## COUNT THREE
### Federal Dilution
### (15 USC §1125(c))

61. Defendants readopt and reallege their responses to averments 1 through 60 herein.

62. Without information and therefore denied.

63. Without information and therefore denied.

64. Denied.

65. Denied.

66. Denied.

67. Denied.

68. Denied.

69. Denied.

## COUNT FOUR
**Florida Registration & Protection of Trademarks Act**
**(Fla. Stat. 495.131)**

70. Defendants readopt and reallege their responses to averments 1 through 69 herein.

71. Without information and therefore denied.

72. Denied.

73. Denied.

74. Denied.

## COUNT FIVE
**Florida Registration & Protection of Trademarks Act**
**(Fla. Stat. 495.151)**

75. Defendants readopt and reallege their responses to averments 1 through 74 herein.

76. Without information and therefore denied.

77. Denied.

78. Denied.

79. Denied.

80. Denied.

## COUNT SIX
**Florida Deceptive and Unfair Trade Practices Act**
**(Fla. Stat. 501.201 et seq.)**

81. Defendants readopt and reallege their responses to averments 1 through 80 herein.

82. Admitted.

83. Without information and therefore denied.

84. Denied.

85. Denied.

86. Denied.

87. Denied.

88. Denied.

89. Denied Plaintiff is entitled to an award of attorneys fees.

## JURY TRIAL DEMAND

90. Defendants demand a jury trial pursuant to Fed. R. Civ. P. 38.

## PRAYER FOR RELIEF

**WHEREFORE**, Defendants pray for denial of judgment and the requested relief on all counts, recovery of Defendants' attorneys' incurred in defense of this action as provided by law, and grant such other relief as this court finds just and proper.

## AFFIRMATIVE DEFENSES

Having fully answered the First Amended Complaint, Defendants, TRAVELCOMM INDUSTRIES, INC., ISLAND REEF RESORTS, INC., RIGOBERTO SOTOLONGO, PETER SOTOLONGO, and DANIEL MARSHALL, now assert the following affirmative defenses:

## **FIRST AFFIRMATIVE DEFENSE**

Any loss or perceived unfair loss of the Plaintiff as alleged comes not as a result of bad faith, misconduct, representations, or misrepresentations of the Defendants, but is based upon the supervening acts of intentional or negligent misconduct by third party vendors who purchased travel certificates from Travelcomm Industries, Inc. and upon information and belief other misconduct of individuals working together with them.

I HEREBY CERTIFY that on December 28, 2009, I electronically filed the foregoing *Answer to First Amended Complaint* with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to Kevin K. Ross and Robert S. Weisbein.

Respectfully submitted,

s/*Ricardo Calzada, II*
RICARDO CALZADA II, Esq.
Florida Bar No.: 0551619
Dorough Calzada & Soto, LLP
419 North Magnolia Avenue
Orlando, Florida 32801
Telephone: 407-843-2222
Facsimile: 407-648-5050
rcalzada@mylawsolution.com

s/*R. Lee Dorough*
R. Lee Dorough, Esq.
Florida Bar No.: 0551619
Dorough, Calzada & Hamner, PL
419 North Magnolia Avenue
Orlando, Florida 32801
Telephone: 407-648-8212
Facsimile: 407-648-4047
leedorough@yahoo.com