UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| YAHOO! INC. a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Travelcomm Industries, Inc. d/b/a Travelcomm, Inc., Travelcom, Inc., Telecom Industries, Inc., Cancunbestfares.com, Vacations Inc., I.R.R., Inc.; Island Reef Resorts d/b/a Island Reefs Resort, Inc.; Rigoberto Sotolongo; Peter Sotolongo a/k/a/ Pedro Sotolongo; and Daniel Marshall; and Murad Ali Plasticwala a/k/a Murad Ali,<br><br>Defendants. | Civil Action No. 6:08-cv-1259-Orl-18KRS<br><br>**CONSENT JUDGMENT AND**<br>**PERMANENT INJUNCTION** |

Upon the application of plaintiff Yahoo! Inc. ("Yahoo!") and defendants Travelcomm Industries, Inc., Island Reefs Resort, Inc., Rigoberto Sotolongo, Peter Sotolongo, and Daniel Marshall (collectively, the "Travelcomm Defendants") having agreed upon a basis for settlement of the matters averred in the First Amended Complaint, and further having agreed that a Consent Judgment and Permanent Injunction in the form herein set forth be entered, it is hereby

ORDERED, ADJUDGED and DECREED that final judgment is hereby granted and entered in this action as follows:

## FINDINGS OF FACT/CONCLUSIONS OF LAW

1. This court has jurisdiction over the subject matter of this action and personal jurisdiction over the Travelcomm Defendants.

2. Yahoo! is a Delaware corporation with its principal place of business at 701 First Avenue, Sunnyvale, California 94089.

3. Defendant Travelcomm Industries, Inc. is a Florida corporation with its principal place of business being in Orange County, Florida.

4. Defendant Island Reef Resorts, Inc. is a Florida corporation with its principal place of business at 5895 Carrier Drive, Orlando, Florida 32819.

5. Defendant Daniel Marshall is an individual residing in Orange County, Florida, and a principal of Island Reef Resorts, Inc.

6. Defendant Peter Sotolongo is an individual residing in Orange County, Florida.

7. Defendant Rigoberto Sotolongo is an individual resident in Orange County, Florida.

8. Defendant Rigoberto Sotolongo is the principal of Travelcomm Industries, Inc. and Peter Sotolongo and Daniel Marshall are its managers.

9. Yahoo! is a global Internet communications, media, and commerce company that delivers a branded network of comprehensive searching, directory, information, communication, shopping services and other online activities and features to millions of Internet users daily.

10. Yahoo!'s services include travel services, including travel reservations, as well as web directory and search services, e-mail services, chat, sports, stock quotes, real estate and mortgage information and rate quotes, movie reviews, news, weather, yellow page directory services, maps, on-line shopping, classified advertising, audio and video streaming, and web-hosting and management.

11. Since at least as early as 1994, Yahoo! has used its name and mark YAHOO! in connection with its services and that the main YAHOO! website, located at the domain name www.yahoo.com, has long been one of the leading websites on the Internet.

12. Yahoo! also provides leading websites across multiple subject matter categories and Yahoo! has become the world's largest global online network of integrated services with over 500 million users worldwide.

13. In addition to the variety of services offered at Yahoo!'s main website, www.yahoo.com, Yahoo! operates many additional sites, under the YAHOO! mark and using the YAHOO! mark together with a descriptive name of its services, including but not limited to YAHOO! Travel, YAHOO! Mail, YAHOO! Search, YAHOO! News, YAHOO! Kids, YAHOO! Directory, YAHOO! Mobile, YAHOO! Messenger, YAHOO! Shopping, YAHOO! Small Business, YAHOO! Finance, YAHOO! Personals, YAHOO! Sports, YAHOO! Local Maps, YAHOO! Real Estate and YAHOO! Movies.

14. Yahoo! has been operating its YAHOO! travel website since at least as early as November 1997 in connection with travel services, including travel reservation services.

15. Yahoo! has duly registered its name and mark YAHOO! and is the owner of, *inter alia*, the entire right, title and interest in and to numerous federal registrations for YAHOO! and YAHOO!-formative marks (referenced to collectively herein as the "Yahoo! Marks") including but not limited to the registrations identified in paragraph 21 of the First Amended Complaint, which are referred to collectively herein as the "Yahoo! Registrations."

16. The name and mark YAHOO! is one of the most recognized brands in the world. As a result of the arbitrary and distinctive nature of the name and mark YAHOO! and the Yahoo! Marks, the many millions of visitors to the YAHOO! network of websites every day, the hundreds of thousands of links to the YAHOO! website from third party websites, Yahoo!'s extensive use and promotion, and the time, effort and money invested in its business, the name and mark YAHOO! and the Yahoo! Marks have acquired secondary meaning, significant goodwill and have become famous and serve uniquely to identify Yahoo! and its services. Through such widespread and favorable public acceptance and recognition, the name and mark YAHOO! and the Yahoo! Marks have become assets of incalculable value as symbols of Yahoo!'s high quality services.

17. The Travelcomm Defendants acknowledge the validity of the Yahoo! Marks and YAHOO! Registrations and shall not at any time directly or indirectly contest the validity of the YAHOO! Registrations or the Yahoo! Marks.

18. The Travelcomm Defendants received the benefit of disseminated unsolicited facsimiles advertising vacation packages that displayed the name and mark YAHOO! and imitated the YAHOO! Travel website (the "Cancun Best Fare Faxes") in

order to give the impression they emanated from Yahoo!. An example of a Cancun Best Fare Fax is attached hereto as Exhibit 1.

19. A subset of the Cancun Best Fare Faxes, such as the attached Exhibit 1, imitate a page from the YAHOO! Travel website and have a handwritten note to "Kathy" from an unknown author who has circled the phone number 1 (800) 670-1802, providing the impression that the fax was intended to point out the listed travel package for "Kathy," but was accidentally forwarded to the recipient instead of "Kathy."

20. The Cancun Best Fare Faxes are designed to mislead consumers into mistakenly believing the Defendants' travel packages advertised therein are associated with Yahoo! or the YAHOO! Travel website or are authorized or endorsed by Yahoo! given that the faxes display the name and mark YAHOO!, and copy the look and feel of Yahoo!'s web properties down to using the famous YAHOO! logo.

## INJUNCTION

ORDERED that the Travelcomm Defendants, their officers, employees, directors, agents, servants, successors and assigns, and all those persons in active concert or participation with them, or on their behalf, who receive actual notice of this Order by personal service or otherwise, be and they hereby are permanently enjoined and restrained from:

A. Using the name and mark YAHOO!, and the Yahoo! Marks or any other name or mark in a manner which is likely to cause the public to be confused as to the source or sponsorship of the Travelcomm Defendants' advertisements, websites, business, products or services.

B. Transmitting directly or indirectly electronic messages claiming to originate from Yahoo!, the YAHOO! Travel website, or any other subsidiary or affiliate, existing or non-existing, of Yahoo! including, but not limited to disseminating the Cancun Best Fare Faxes shown in Exhibit 1 or similar faxes.

C. From committing any acts calculated to cause the public to believe that the Travelcomm Defendants' goods and services and advertisements therefor originate from and/or are associated with and/or are otherwise authorized by Yahoo!.

D. From otherwise further diluting, counterfeiting and infringing the name and mark YAHOO! and the Yahoo! Marks.

FURTHER ORDERED that the Court shall retain jurisdiction over the parties to this Consent Judgment and Permanent Injunction for purposes of enforcement of this Judgment and that the prevailing party in any enforcement proceeding shall be entitled to recover its attorney's fees and costs, in addition to any other remedies which may be awarded.

FURTHER ORDERED that the parties waive their right to appeal from entry of this Judgment.

FURTHER ORDERED that this Judgment shall be binding on the parties, their successors and assigns.

FURTHER ORDERED that the parties shall each bear their respective attorney's fees and costs of the case.

**SO ORDERED:**

Dated: January _____, 2010

_____
G. KENDALL SHARP, U.S.D.J.

Entry of the foregoing Consent Order is hereby consented to:

Dated: January 19, 2010    YAHOO! INC.
*Plaintiff*

By: *[signature]*
Name: LAURA COVINGTON
Title: VP and ASSOCIATE GENERAL COUNSEL

Dated: January 13, 2010   TRAVELCOMM INDUSTRIES, INC. d/b/a
TRAVELCOMM, INC., TRAVELCOM, INC.
TELECOM INDUSTRIES, INC.,
CANCUNBESTFARES.COM, VACATIONS INC.,
I.R.R., INC.
*Defendant*

By: *[signature]*
Name: Peter Sotolongo
Title: V.P.

Dated: January 13, 2010   ISLAND REEF RESORTS d/b/a ISLAND REEFS
RESORT, INC.
*Defendant*

By: *[signature]*
Name: Peter Sotolongo
Title: President

Dated: January 13, 2010   *[signature]*
RIGOBERTO SOTOLONGO, *Defendant*

Dated: January 13, 2010   *[signature]*
PETER SOTOLONGO
a/k/a PEDRO SOTOLONGO, *Defendant*

Dated: January 13, 2010   *[signature]*
DANIEL MARSHALL, *Defendant*

8

NYC_715323.1

Entry of the foregoing Consent Order is hereby consented to as to form:

Dated: January 20, 2010       FOLEY & LARDNER LLP
                              *As Attorneys for Plaintiff Yahoo! Inc.*

                              By: _____
                              Kevin Ross FBN 66214
                              111 North Orange Ave., Suite 1800
                              Orlando, FL 32801-2386
                              Phone: (407) 423-7656
                              Fax: (407) 648-1743

                              Robert S. Weisbein
                              Dana C. Rundlor
                              FOLEY & LARDNER LLP
                              90 Park Ave.
                              New York, NY 10016-1314
                              Phone: (212) 338-3528
                              Fax: (212) 687-2329

Dated: January 13, 2010       DOROUGH, CALZADA & HAMNER
                              *As Attorneys for Defendants Travelcomm Industries, Inc.
                              d/b/a Travelcomm, Inc., Travelcom, Inc., Telecom
                              Industries, Inc., Cancunbestfares.com, Vacations Inc.;
                              Island Reef Resorts d/b/a Island Reefs Resort, Inc.;
                              Rigoberto Sotolong; Peter Sotolongo a/k/a Pedro
                              Sotolongo; and Daniel Marshall*

                              By: _____
                              Ricardo Calzada FBN 551619
                              419 North Magnolia Ave.
                              Orlando, FL 32801
                              Phone: (407) 843-2222
                              Fax: (407) 648-4048

7